158 A.3d 73

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony MCCAULEY, Petitioner**

**No. 236 WAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.